IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| JEFFREY C. ARCHANGEL | § | |
| | § | |
| V. | § | NO. 4:24-CV-03436 |
| | § | |
| CITY OF HOUSTON, ET AL. | § | |
|     DEFENDANT | § | |

### NOTICE OF WITHDRAWAL OF DOCUMENT NO. 12

COMES NOW, Plaintiff Jeffrey C. Archangel, and files this Notice of Withdrawal of Document No. 12 filed on October 16, 2024, in the above-referenced cause.

Date: November 18th, 2024

Respectfully submitted,

*/s/ F. Andino Reynal*
F. Andino Reynal
SBN: 24060482
917 Franklin, 6th Floor
Houston, Texas 77002
(832) 427-2711 – cell
(713) 228-5900 – office
areynal@frlaw.us

### CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of this Notice of Withdrawal of Document No. 12 was served on all parties by filing through the ECF System:

*/s/ F. Andino Reynal*
F. Andino Reynal