UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

Jeffrey C Archangel

v.                                            Case Number: 4:24−cv−03436

City of Houston, et al.

NOTICE OF RESETTING

**TAKE NOTICE THAT A PROCEEDING IN THIS CASE HAS BEEN RESET FOR THE PLACE, DATE AND TIME SET FORTH BELOW.**

**Before the Honorable**

Peter Bray

**PLACE:**
by video
United States District Court
515 Rusk Ave
Houston, TX

**DATE:** 2/7/2025

**TIME:** 10:00 AM

**TYPE OF PROCEEDING:** Initial Conference

Date:   December 5, 2024

Nathan Ochsner, Clerk