United States District Court
Southern District of Texas
**ENTERED**
April 09, 2025
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| JEFFREY C ARCHANGEL, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. 4:24-CV-03436 |
| | § | |
| CITY OF HOUSTON, *et al.*, | § | |
| | § | |
| Defendants. | § | |

## ORDER

Before the Court are (1) Defendant City of Houston's (the "City") Motion to Dismiss Pursuant to Rule 12(b)(6) (the "Rule 12(b)(6) Motion") (Doc. #9), (2) the City's Motion to Dismiss Pursuant to Rule 12(b)(1) (the "Rule 12(b)(1) Motion") (Doc. #10), (3) Defendant David J. Crowder's ("Crowder") Motion to Dismiss (Doc. #11), and (4) Defendant Alexander Vinogradov's ("Vinogradov") Motion to Dismiss (Doc. #17).

The City, Crowder, and Vinogradov's respective motions seek dismissal of claims asserted in Plaintiff's Original Complaint (Doc. #1) under Rules 12(b)(1) and 12(b)(6). Doc. Nos. 9, 10, 11, 17. However, Plaintiff subsequently filed an Unopposed Motion for Leave to File a First Amended Complaint, which the Court granted. Doc. Nos. 23, 24. Thus, Plaintiff filed the First Amended Complaint, which is the live pleading. Doc. #18. As such, the City, Crowder, and Vinogradov's motions to dismiss the Original Complaint are moot. *See Probado Techs. Corp. v. Smartnet, Inc.*, No. CIVA C-09-349, 2010 WL 918573, at *1 (S.D. Tex. Mar. 12, 2010) ("If an amended complaint does not incorporate the earlier pleading, a court may deny as moot a motion to dismiss that was filed before the operative amended complaint.").

For the foregoing reasons, the City's Rule 12(b)(6) Motion (Doc. #9), the City's Rule 12(b)(1) Motion (Doc. #10), Crowder's Motion to Dismiss (Doc. #11), and Vinogradov's Motion to Dismiss (Doc. #17) are hereby DENIED as MOOT.

It is so ORDERED.

APR 0 8 2025
Date

The Honorable Alfred H. Bennett
United States District Judge