United States District Court
Southern District of Texas
**ENTERED**
September 25, 2025
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| JEFFREY C ARCHANGEL, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. 4:24-CV-03436 |
| | § | |
| CITY OF HOUSTON, *et al.*, | § | |
| | § | |
| Defendants. | § | |

## ORDER

Before the Court are United States Magistrate Judge Peter Bray's Memorandum and Recommendation filed on August 29, 2025 (Doc. #33), Plaintiff Jeffrey Archangel's Objections (Doc. #34), and Defendants City of Houston ("Houston"), David Crowder ("Crowder"), and Alexander Vinogradov's ("Vinogradov") Response (Doc. #35). The Magistrate Judge's findings and conclusions are reviewed de novo. FED. R. CIV. P. 72(b); 28 U.S.C. § 636(b)(1); *United States v. Wilson*, 864 F.2d 1219, 1221 (5th Cir. 1989). Having reviewed the parties' arguments and the applicable legal authority, the Court adopts the Memorandum and Recommendation as its Order.

In this case, Plaintiff alleges Crowder and Vinogradov—detectives with the Houston Police Department—falsely arrested him for robbery and murder. Plaintiff asserts Fourth Amendment claims against Crowder and Vinogradov, as well as two *Monell* claims against Houston. Doc. #18. All Defendants moved to dismiss Plaintiff's claims against them. Doc. #25 and Doc. #26. The Magistrate Judge recommended this Court grant Defendants' motions to dismiss. Doc. #33.

Plaintiff objects to the Memorandum and Recommendation, arguing the Magistrate Judge erred in finding "there was no Fourth Amendment violation, and [Crowder and Vinogradov] are

entitled to qualified immunity." *Id.* at 17. Specifically, in his Memorandum and Recommendation, the Magistrate Judge concluded Plaintiff "has not alleged facts permitting an inference that [Crowder and Vinogradov] lacked arguable probable cause" to arrest Plaintiff. *Id.*; *Club Retro, L.L.C. v. Hilton*, 568 F.3d 181, 207 (5th Cir. 2009). However, the Court agrees with the Magistrate Judge that "[e]ven if mistakes were made" in the investigation leading to Plaintiff's arrest, "there is no evidence that any mistake led to a constitutional violation." Doc. #33 at 17; *see Williams v. City of Amory, Mississippi*, 254 F. App'x 334, 335 (5th Cir. 2007) (holding that negligent police conduct is insufficient to overcome qualified immunity in a Fourth Amendment case). As such, Plaintiff's objections to the Memorandum and Recommendation are overruled.

Accordingly, Defendant Houston's Motion to Dismiss (Doc. #25) and Defendants Crowder and Vinogradov's Motion to Dismiss (Doc. #26) are GRANTED. Plaintiff's claims are hereby DISMISSED WITH PREJUDICE.

It is so ORDERED.

SEP 2 5 2025

Date

The Honorable Alfred H. Bennett
United States District Judge

2